No. 583. STATE OF OHIO ON THE RELATION OF THE HARTFORD LIFE INSURANCE COMPANY *v.* ROBERT H. LANGDALE ET AL. October 28, 1918. Petition for a writ of

certiorari to the Supreme Court of the State of Ohio denied. *Mr. Harry B. Arnold, Mr. James C. Jones, Mr. George F. Haid* and *Mr. James C. Jones, Jr.*, for petitioner. *Mr. Smith W. Bennett* for respondents.